FILED
DEC 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. No. CR 06 141 ML
) In Violation of 8 U.S.C.
) §§ 1326(a) and (b)(2)
)
JOSE CANDELIER )

**INFORMATION**

The United States Attorney charges that:

On or about August 21, 2006, Defendant JOSE CANDELIER, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

STEPHANIE S. BROWNE
Assistant U.S. Attorney

DATE 30 Nov 06