O AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED
DEC 01 2006
U.S. DISTRICT COURT
DISTRICT OF R.I.

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JOSE CANDELIER

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06 141 ML

I, Jose Candelier, the above named defendant, who is accused of

having been previously deported from the United States, knowing entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12-04-06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant JOSE CANDELIER

Counsel for Defendant CHARLES TAMULEVIZ, ESQ.

Before ____________________
Judicial Officer