IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | CR No.: 06-141ML |
| | ) | |
| | ) | |
| JOSE CANDELIER | ) | |

DEFENDANT'S NOTICE OF INTENTION TO PLEAD GUILTY

The Defendant, JOSE CANDELIER, by and through his undersigned counsel, hereby gives notice to the Court that he intends to enter a plea of guilty to the charge of illegal re-entry into the United States by a previously deported alien.

Respectfully submitted this 5th day of December, 2006.

JOSE CANDELIER, Defendant
By his Counsel,

/s/ Charles A. Tamuleviz
Charles A. Tamuleviz Bar No. 6115
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-mail: cat@thbrilaw.com

# CERTIFICATION OF SERVICE

On this 5th day of December 2006, I caused the Defendant's Notice of Intention to Plead Guilty to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

Stephanie S. Browne
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

/s/ Charles A. Tamuleviz
Charles A. Tamuleviz, Esquire
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-mail: cat@thbrilaw.com