UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | CR No.: 06-141ML |
| | ) | |
| | ) | |
| JOSE CANDELIER | ) | |

**DEFENDANT'S MOTION FOR A SENTENCE BELOW THE APPLICABLE SENTENCING GUIDELINES RANGE**

The Defendant, JOSE CANDELIER, by and through his undersigned counsel, pursuant to 18 U.S.C. § 3553 and LR Cr 32 of the Local Rules of the United States District Court for the District of Rhode Island, hereby moves the Court to impose a sentence below the applicable sentencing guidelines range. In support thereof, the Defendant has filed contemporaneously herewith a supporting memorandum.

Respectfully submitted this 30th day of March, 2007.

JOSE CANDELIER, Defendant
By his Counsel,

_______________________________________

Charles A. Tamuleviz Bar No.: 6115
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-Mail: cat@thbrilaw.com

## CERTIFICATION

On this 30th day of March 2007, I caused the Defendant's Motion For A Sentence Below The Applicable Sentencing Guidelines Range to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

Stephanie S. Browne
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

/s/ Charles A. Tamuleviz

Charles A. Tamuleviz, Esquire
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-mail: cat@thbrilaw.com