UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No.: 1:06CR00141ML |
| | ) | |
| JOSE CANDELIER | ) | |

NOTICE OF APPEAL

Notice is hereby given that the Defendant, JOSE CANDELIER, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment In A Criminal Case entered in this action on the 6th day of April 2007, and the sentence imposed therewith.

Respectfully submitted this 11th day of April, 2007.

Defendant, Jose Candelier,
By his Attorney,

/s/ Charles A. Tamuleviz

Charles A. Tamuleviz, Bar No.: 6115
Tamuleviz, Hultquist & Bianchi, LLP
144 Westminster Street
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-Mail: cat@thbrilaw.com

CERTIFICATION

On this 11th day of April 2007, I caused the Defendant's Notice Of Appeal to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

Stephanie S. Browne
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

/s/ Charles A. Tamuleviz
Charles A. Tamuleviz, Esquire
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-mail: cat@thbrilaw.com