UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 18 2007
Property of U.S. District Court
District of Rhode Island

DAVID A. DIMARZIO
CLERK OF COURT

April 12, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CCA# 07-1597

CR 06-0141ML
USA v. Jose Candelier

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

RECEIVED
APR 13 2007
BY U.S. Court of Appeals

encl:
**Case file**
**PSR (sealed)**
**Statement of Reasons (sealed)**
**Certified docket**