UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

September 11, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 06-141ML **CCA# 07-1597**
USA v. Jose Candelier

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By________________
John Duhamel
Deputy Clerk

encl:
**Doc# 25: transcript of 12/20/06 C/Plea Hearing**
**Doc# 26: transcript of 4/6/07 Sentencing Hearing**
**certified docket**