MANDATE

06-00141
USDC/RI
Lisi, J

# United States Court of Appeals
## For the First Circuit

2008 JAN 23 A 9:31

No. 07-1597

UNITED STATES,
Appellee,

v.

JOSE CANDELIER,
Defendant, Appellant.

Before

Torruella, Circuit Judge,
Selya, Senior Circuit Judge,
and Lipez, Circuit Judge.

**JUDGMENT**

Entered: December 21, 2007

Appellant, convicted of illegal reentry into the country, challenges his sentence as unreasonable. The sentencing guideline range was correctly calculated by the district court and was not then or now challenged by appellant. The court imposed a below guideline range sentence of 60 months' imprisonment.

The court permitted both parties to argue in support of the sentence each thought appropriate and then considered all of the § 3553(a) factors. Appellant's "Americanization" and the presence of his family in the United States were considered, as was the fact that his brother had offered him a job and a home in his native Dominican Republic. Weighing the needs for (1) protection of the public in light of appellant's past conduct, (2) deterrence, (3) prevention of recidivism, (4) punishment, (5) treatment, and (6) respect for the law, the court concluded that a 60 month sentence, modestly below the guideline range, would serve the various goals mentioned. In the words of the recent Supreme Court decision in Gall v. United States, No. 06-7949, slip op. at 12, the district court made "an individualized assessment based on the facts presented"; it "consider[ed] the extent of the deviation and ensure[d] that the justification was sufficiently compelling to support the degree of the variance." Id. And, "[a]fter settling on the appropriate sentence," it "adequately explain[ed] the chosen sentence to allow for meaningful appellate review and to promote

the perception of fair sentencing." Id.

"[A]ppellate review of sentencing decisions is limited to determining whether they are reasonable," applying an abuse of discretion standard. Id. at 7. The 60 month sentence was reasonable and the district court did not abuse its discretion in imposing it. Accordingly, the judgment is affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: 1/23/08

[cc: James M. Fox, Esq., Donald Lockhart, AUSA]